Professional Process Servers, Inc.
342 N. Water St. Ste. 600
Milwaukee, Wisconsin 53202

JOB NO. 154502
United States District Court for the Western District of Wisconsin

# Declaration of Personal Service on Corporation or Limited Liability Company

| | | | |
|---|---|---|---|
| ***Client:*** | *The Previant Law Firm, S.C.* | | |
| **Case Name:** | Wisconsin Laborers Pension Fund, et al | **Vs** | MAVEN CONSTRUCTION, LLC. dba VETERAN CO., et al |
| **Case Number:** | 2026CV000970 | | |

**Documents to be Served:**

Summons in a Civil Action, Complaint, DISCLOSURE OF CORPORATE AFFILIATIONS AND CITIZENSHIP, OTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

| | |
|---|---|
| **Corporation or LLC Served:** | MAVEN CONSTRUCTION, LLC. dba VETERAN CO., c/o Northwest Registered Agent LLC. |
| **Service Upon:** | Sara Curtis, Authorized Agent |
| **Address Where Served:** | 2800 E Enterprise Ave Ste 333, Appleton, WI 54913-7889 |
| **Date and Time Served:** | 09/24/26 8:56 AM |

I certify that I am an adult resident of the State of **Wisconsin**, not a party to this action, and that I served the document upon the person at the place on the date and at the time stated above.

I declare under penalty of false swearing under the law of Wisconsin that the foregoing is true and correct. Signed on this 24 day of September, 2026 at Winnebago County in the state of Wisconsin.

**Electronically Signed By:** Matthew P Daubert
Matthew P Daubert (Sep 24, 2026 12:57:30 CDT)

**PROCESS SERVER'S NAME: Matthew Daubert**

fee: 95—